entered by the United States District Court for the Southern District of Ohio on January 11, 2012, presented to JUSTICE KAGAN, and by her referred to the Court, denied.

No. 11–8610 (11A734). TURNER v. MISSISSIPPI. Sup. Ct. Miss. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 11–8705 (11A758). TURNER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 14, 2012

No. 10–1032. MAGNER ET AL. v. GALLAGHER ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 1013.] Writ of certiorari dismissed under this Court's Rule 46.1

FEBRUARY 15, 2012

No. 11–8714 (11A761). WATERHOUSE v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 11–8860 (11A785). WATERHOUSE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 17, 2012

No. 11A762. AMERICAN TRADITION PARTNERSHIP, INC., FKA WESTERN TRADITION PARTNERSHIP, INC., ET AL. v. BULLOCK,